**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CASE NO. 3:14-CR-243-RJC-DCK**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER OF CONTINUING** |
| ) | **GARNISHMENT** |
| JANICE TERRY-KIDD, ) | |
| Defendant, ) | |
| and ) | |
| ) | |
| MED ASSIST OF MECKLENBURG INC., ) | |
| Garnishee. ) | |

**THIS MATTER IS BEFORE THE COURT** on the Answer of Med Assist of Mecklenburg Inc., as the Garnishee. Judgment in the criminal case was entered on November 12, 2015. (Document No. 21). As part of that Judgment, Defendant Janice Terry-Kidd was ordered to pay an assessment of $200.00 and restitution of $683,442.04 to the victims of the crime. Id.

On February 6, 2024, the Court entered a Writ of Continuing Garnishment ("Writ") (Document No. 32) as to the Garnishee, Med Assist of Mecklenburg Inc. Defendant was served with the Writ and Instructions notifying her of her right to request a hearing on February 8, 2024. Defendant received the Writ and Instructions on March 28, 2024[1]. The Garnishee was also served with the Writ and Instructions on February 8, 2024. The Garnishee received the Writ and Instructions on February 12, 2024. The Garnishee filed an Answer on February 26, 2024 (Document No. 36) stating that at the time of service of the Writ, the Garnishee had in its custody, control, or possession property or funds owned by Defendant, including non-exempt, disposable earnings. The Garnishee certified that it served the Answer on Defendant on February 21, 2024.

---

[1] The initial package of garnishment documents previously sent to Defendant via certified mail was returned to the United States as unclaimed.

Defendant filed a Request for Hearing About Garnishment on February 23, 2024 (Document No. 35). The United States filed a Response in Opposition to Defendant's Request for Hearing About Garnishment on February 28, 2024 (Document No. 37). The Court denied Defendant's Request for Hearing About Garnishment on March 1, 2024 (Document No. 38).

**IT IS THEREFORE ORDERED** that an Order of Continuing Garnishment is hereby **ENTERED** in the amount of $676,423.04, the balance owed as computed through February 5, 2024. The Garnishee shall pay the Plaintiff, United States of America, up to the lesser of:

1. twenty-five percent (25%) of Defendant's disposable earnings which remain after all deductions required by law have been withheld, or

2. the amount by which Defendant's disposable earnings for each week exceed thirty (30) times the federal minimum wage.

See 15 U.S.C. § 1673(a). The Garnishee shall continue payments until the debt to the Plaintiff is paid in full, or until the Garnishee no longer has custody, possession, or control of any property belonging to Defendant, or until further Order of this Court.

Payments should be made payable to the United States Clerk of Court and mailed to:

Clerk of the United States District Court
401 West Trade Street
Charlotte, North Carolina 28202

In order to ensure that each payment is credited properly, the following should be included on each check: The name of Defendant Janice Terry-Kidd and Court Number DNCW3:14CR243.

**IT IS FURTHER ORDERED** that the Garnishee shall advise this Court if Defendant's employment is terminated at any time by the Garnishee or Defendant.

**IT IS FURTHER ORDERED** that the Plaintiff shall submit this debt to the Treasury for inclusion in the Treasury Offset Program. Under this program, any federal payment Defendant would normally receive may be offset and applied to this debt.

**SO ORDERED**.

Signed: May 1, 2024

David C. Keesler
United States Magistrate Judge